## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SEARCH WARRANT | )   No. M-18-555-P |
| EMAIL AND / OR ICloud ACCOUNTS: | ) |
|     tjohnsontsg@icloud.com, | ) |
|     niaforte360@icloud.com, | ) |
|     tjohnstontsg@me.com, | ) |
|     Laura R. Johnson | ) |
|     8033 NW 124th Street | ) |
|     Oklahoma City, OK 73142-2232 | ) |
|     Telephone number (405) 641-4016 | ) |
| IN THE POSSESSION OF AND MAINTAINED AT: | ) |
|     Apple, Inc. | ) |
|     1 Infinite Loop | ) |
|     Cupertine, CA 95014 | ) |

## MOTION TO UNSEAL

The United States moves to unseal the Search Warrant For Email and/or iCloud Accounts tjohnsontsg@icloud.com, niaforte360@icloud.com, tjohnstontsg@me.com, Laura R. Johnson 8033 NW 124th Street Oklahoma City, OK 73142-2232 telephone number (405) 641-4016 in the possession of and maintained at Apple, Inc. 1 Infinite Loop Cupertine, CA 95014, along with the Supporting Affidavit, Application, Motion for Protective Order, and Protective Order. The Court sealed these materials on the government's motion on November 9, 2018.

The Search Warrant, Supporting Affidavit, Application, Motion for Protective Order, and Protective Order no longer need to be sealed because the subjects of the above-

referenced warrant, Laura R. Johnson, Thomas Johnson Sr., and Cheryl Ashley, were indicted on December 19, 2019, and are scheduled to begin trial on the March 2020 trial docket. *See United States v. Johnson, et al*, Case No. CR-19-404-D (W.D. Okla.). The Defendants are aware of the government's search warrant. The United States seeks to produce the Search Warrant and related documents as part of discovery.

Therefore, the United States moves for the unsealing of the Search Warrant, Supporting Affidavit, Application, Motion for Protective Order, and Protective Order in case number M-18-555-P so that these documents may be produced in discovery to the defense.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney

s\KERRY A. KELLY
Assistant U.S. Attorney
Bar No. 11381
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8752(Office)
(405) 553-8888 (Fax)
kerry.kelly@usdoj.gov